USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-26-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

DAVID YOUNGER

No. 16-CR-348 (JSR)

**ORDER**

WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant David Younger filed on October 25, 2016 (Dkt #18), Dr. Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's primary source of income from his medical practice has been interrupted rendering him unable to meet the monthly restitution obligation; and

WHEREAS, counsel for defendant Younger has made an application for a 90 day suspension of his restitution obligations, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is temporarily suspended for a period of 90 days. This shall in no way alter the total

1

amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way.

**SO ORDERED**

3/26/20

DATE

JED S. RAKOFF United States District Judge