UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA

        -v.-                                      No. 16-CR-348 (JSR)

DAVID YOUNGER

------------------------------------------------------------

## ORDER

WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant David Younger filed on October 25, 2016 (Dkt #18), Dr. Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's primary source of income from his medical practice has been interrupted rendering him unable to meet the monthly restitution obligation;

WHEREAS, counsel for defendant Younger made an application dated March 26, 202 for a 90-day suspension of his restitution obligations which was granted by the Court on March 26, 2020 (Dkt # 30); and

WHEREAS, due to the COVID-19 coronavirus pandemic's continuing disruption of defendant Younger's primary source of income, counsel for defendant Younger has made an

1

application for an additional 60-day suspension of his restitution obligations, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is temporarily suspended for an additional 60-day period.  This shall in no way alter the total amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way.

**SO ORDERED**

06/05/2020            _____

DATE                  JED S. RAKOFF, U.S.D.J.