UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
UNITED STATES OF AMERICA

-v.                                                                    No. 16-CR-348 (JSR)

DAVID YOUNGER

---------------------------------------------------------

**ORDER**

WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant David Younger filed on October 25, 2016 (Dkt #18), Dr. Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's primary source of income from his medical practice has been interrupted rendering him unable to meet the monthly restitution obligation;

WHEREAS, counsel for defendant Younger made an application dated March 26, 2020 for a 90-day suspension of his restitution obligations which was granted by the Court on March 26, 2020 (Dkt # 30);

1

WHEREAS, counsel for defendant Younger made an application dated June 4, 2020 for an additional 60-day suspension of his restitution obligations which was granted by the Court on June 5, 2020 (Dkt # 31); and

WHEREAS, due to the COVID-19 coronavirus pandemic's continuing disruption of defendant Younger's primary source of income, counsel for defendant Younger has made an application for an additional 60-day suspension of his restitution obligations, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is temporarily suspended for an additional 60-day period. This shall in no way alter the total amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way. *It is unlikely that any further extensions will be granted.*

SO ORDERED

8/3/20
DATE

JED S. RAKOFF United States District Judge