UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.

DAVID YOUNGER

No. 16-CR-348 (JSR)

## **STIPULATION**

It is hereby stipulated and agreed to by and between the United States of America, through its counsel, the defendant David Younger, and counsel for defendant, as follows:

Pursuant to the Amended Judgment in a Criminal Case against defendant Younger filed on October 25, 2016 (Dkt #18), defendant Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

Due to the COVID-19 coronavirus pandemic defendant Younger's income from his medical practice has been diminished, rendering him unable to meet the full monthly restitution obligation set forth in the Judgment; and

Counsel for defendant Younger has made an application for a 6-month modification of defendant Younger's restitution obligation, and such application is unopposed by the government;

1

All parties agree that defendant Younger's obligation to make the $10,000 monthly restitution payments should be temporarily modified to become a monthly payment of $1,000 for a period of 6 months beginning in November, 2020, and that this modification shall in no way alter the total amount of restitution owed by Dr. Younger or otherwise alter the Judgment against defendant Younger.

Brooklyn, New York  
Dated: _____11/5/2020_____

New York, New York  
Dated: _____11//2020_____

The Law Office of Frederick P. Hafetz

Audrey Strauss  
United States Attorney  
Southern District of New York

By: _____s/s_____  
Noah E. Shelanski  
420 Lexington Avenue  
Suite # 2818  
New York, NY 10170

By: _____s/s_____  
Richard Cooper  
Assistant United States Attorney  
1 Saint Andrews Plaza  
New York, NY 10007

**SO ORDERED**

_11/5/20_  
DATE

_____  
JED S. RAKOFF United States District Judge

2