UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

-v.-

DAVID YOUNGER

No. 16-CR-348 (JSR)

-----------------------------------------------------------

## ORDER

WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant Younger filed on October 25, 2016 (Dkt #18), defendant Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's income from his medical practice has been diminished, rendering him unable to fully meet the monthly restitution obligation set forth in the Judgment; and

WHEREAS, counsel for defendant Younger has made an application for defendant Younger's restitution obligation to be modified to $5,000 monthly for three months, beginning in May 2022, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is temporarily modified to $5,000 monthly for three months beginning May 2022.

1

This shall in no way alter the total amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way.

**SO ORDERED**

_4/18/22_  
DATE

_[signature]_  
JED S. RAKOFF United States District Judge