UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA

　　　-v.

DAVID YOUNGER

-------------------------------------------------------

No. 16-CR-348 (JSR)

## ORDER

WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant David Younger filed on October 25, 2016 (Dkt #18), Dr. Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's income from his medical practice has been diminished, rendering him unable to fully meet the monthly restitution obligation set forth in the Judgment; and

WHEREAS, counsel for defendant Younger has made an application for defendant Younger's restitution obligation to be modified to $5,000 monthly for three months, beginning in August 2023, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is temporarily modified to $5,000 monthly for three months beginning August 2023.

This shall in no way alter the total amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way.

**SO ORDERED**

7/24/23

DATE

JED S. RAKOFF