UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.

DAVID YOUNGER

No. 16-CR-348 (JSR)

# **ORDER**

    WHEREAS, pursuant to the Amended Judgment in a Criminal Case against defendant Younger filed on October 25, 2016 (Dkt #18), defendant Younger is required to *inter alia* make monthly restitution payments in the amount of $10,000;

    WHEREAS, due to the COVID-19 coronavirus pandemic defendant Younger's income from his medical practice has been diminished, rendering him unable to fully meet the monthly restitution obligation set forth in the Judgment.

    WHEREAS, defendant Younger's outstanding restitution obligation is $31,049.66 according to the Case Inquiry Report dated October 18, 2023, from the Clerk's Office of the Southern District of New York attached hereto as Exhibit A.

    WHEREAS, counsel for defendant Younger has made an application for defendant Younger's restitution obligation to be modified to allow defendant Younger to satisfy his

remaining restitution obligation in equal installments over the proceeding 6-months, beginning in November 2023, and such application is unopposed by the government;

IT IS ORDERED that defendant Younger's obligation to make monthly restitution payments is modified beginning in November 2023 as follows:

- November 2023:   $5,175.00
- December 2023:   $5,175.00
- January 2024:    $5,175.00
- February 2024:   $5,175.00
- March 2024:      $5,175.00
- April 2024:      $5,174.66

This modification shall in no way alter the total amount of restitution owed by Dr. Younger or alter the Judgment against defendant Younger in any other way.

**SO ORDERED**

10/25/23
DATE

JED S. RAKOFF United States District Judge